IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTIAN P. FANNON, | : | Case No. 3:13-cv-14 |
| Plaintiff, | | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| DON PATTERSON, *et al.*, | | |
| Defendants. | : | |

**ORDER FOR PRELIMINARY PRETRIAL CONFERENCE**

This *pro se* case was referred to the undersigned U.S. Magistrate Judge under 28 U.S.C. § 636(b). *See* General Order No. Day 12-03: Assignment and Reference to Magistrate Judges (eff. May 15, 2012).

As *pro se* Plaintiff is presently incarcerated, the parties are not required to make Initial Disclosures as required by Fed. R. Civ. P. 26(a), nor to meet and confer pursuant to Fed. R. Civ. P. 26(f). Fed. R. Civ. P. 26(a)(1)(B)(iv). Nonetheless, Plaintiff and Defendants shall independently file a memorandum on or before **May 15, 2013** providing their proposed dates for the case Scheduling Order, as set forth in Fed. R. Civ. P. 16(b). The Court will hold a preliminary pretrial conference by telephone on **Wednesday, May 22, 2013 at 2:00 p.m.** The Court will initiate the call to Plaintiff and counsel for Defendants at the phone numbers on the docket sheet.[1]

---

[1] If the above-listed date or time conflicts with a previously set matter in another court, counsel with the conflict may obtain a continuance by filing a motion that includes alternative dates on which all parties will be available.

Plaintiff, as a *pro se* litigant without access to the Court's electronic filing system, is reminded that all documents filed with the Court must be contemporaneously mailed to the counsel for Defendants, and must include a Certificate of Service indicating the date on which the document was mailed.  Plaintiff is also ordered to inform the Court and opposing counsel, immediately and in writing, of any changes to his mailing address and/or telephone number.  A failure to do so may be cause for the Court to dismiss this case for Plaintiff's lack of prosecution.

**IT IS SO ORDERED.**

May 6, 2013                                                                      s/ **Michael J. Newman**
                                                                                          United States Magistrate Judge