IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTIAN P. FANNON, | : | Case No. 3:13-cv-14 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman (Consent Case) |
| vs. | : | |
| DON PATTERSON, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO *PRO SE* PLAINTIFF

You are notified that the Defendants have filed a motion for judgment on the pleadings (doc. 16) in your case. The Court will rule on the merits of the motion whether or not you file a memorandum in opposition. Nonetheless, you are **ADVISED** that you have failed to timely file a response to Defendants' motion. (The deadline to file your opposition memorandum was July 1, 2013.) In the interest of justice, the Court **AFFORDS** you fourteen (14) additional days from the date of this Notice -- until **July 26, 2013** -- to respond to Defendants' motion for judgment on the pleadings.

July 12, 2013                                                                                  s/ **Michael J. Newman**
                                                                                                     United States Magistrate Judge